IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARLEYSVILLE MUTUAL** | : | **CIVIL ACTION** |
| **INSURANCE COMPANY** | : | |
| | : | |
| v. | : | |
| | : | |
| **MUNICIPAL ASSOCIATION OF** | : | |
| **SOUTH CAROLINA** | : | **NO. 09-1712** |

## ORDER

**AND NOW**, this 2nd day of July, 2009, upon consideration of the Defendant's Motion to Dismiss the Complaint Or in the Alternative to Transfer Venue (Document No. 5), the plaintiff's response, the supplemental submissions of the parties, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion to dismiss the complaint is **DENIED**;

2. The motion to transfer venue is **GRANTED**; and

3. This action is **TRANSFERRED** to the United States District Court for South Carolina, Columbia Division.

/Timothy J. Savage
TIMOTHY J. SAVAGE, J.